**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

FILED

APR 1 1 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** 1a-mj-81-PX |
| | ) | |
| **SEBASTIAN COBELO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM FOR CAUSE

COMES NOW Mark R. Morgan, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain cause of action wherein the United States of America is plaintiff and in which SEBASTIAN COBELO, is defendant, and that the same is set for Initial Appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have SEBASTIAN COBELO, present at Tulsa, Oklahoma, for Initial Appearance, forthwith, and for the duration of the above-styled matter.

That said SEBASTIAN COBELO, at this time is a prisoner in the David L. Moss Criminal Justice Center and will not have been released on the date that said Initial Appearance is scheduled, and that said SEBASTIAN COBELO, is in the charge, custody, and under the control of the Sheriff of David L. Moss Criminal Justice Center.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum for Cause be issued by this Honorable Court to the Sheriff of said institution, and that he be directed and required to deliver the body of said SEBASTIAN COBELO, to the United States Marshal for the Northern District of Oklahoma, and that said Marshal shall produce and bring the body of said SEBASTIAN COBELO, before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of the above-styled matter, the Marshal shall return the body of said SEBASTIAN COBELO, to the aforesaid David L. Moss Criminal Justice Center.

Respectfully submitted,

R. TRENT SHORES
United States Attorney

Mark R. Morgan, OBA No. 31657
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

STATE OF OKLAHOMA )
                        ) ss.
COUNTY OF TULSA     )

      Mark R. Morgan, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum for Cause, states that the facts contained therein are true and correct to the best of my knowledge and belief.

_____
Mark R. Morgan
Assistant United States Attorney

      Subscribed and sworn to before me this 11th day of April, 2019.

_____
Nancy J. Dickey
Notary Public

My commission expires:

Commission No: 05006893
Commission Expires: 7/27/2021

NANCY J. DICKEY
Notary Public – State of Oklahoma
Commission Number 05006893
My Commission Expires Jul 27, 2021