**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.   19-mj-81-PJC |
| | ) |
| **SEBASTIAN COBELO,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY


 */s/ Mark R. Morgan*
Mark R. Morgan, OBA No. 31657
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700