# CRIMINAL INFORMATION SHEET

Date: __4/12/2019__  
USPO: Sara Strahan  
Interpreter: ☐ Yes ✓ No  

Judge: MJ McCarthy   Deputy: Tami Calico  
✓ MJ Cleary   ✓ Stacy Turner  
MJ Jayne   Stephanie Cope  

Case No. __19-mj-81-PJC__   USA v. __Sebastian Cobelo__  
Date of Arrest: __04/12/2019__   Arrested By: __USM__   ✓ Detention Requested by AUSA  
Bail Recommendation:   Unsecured  

**Additional Conditions of Release:**

- a.
- b. _____
- c.
- d.
- e. _____
- f.  g.  h.  i.  j.
- k.  l.  m.  n.  o.

p ( 1, 2, 3, 4, 5, 6 )  
q ( 1, 2, 3, 4, 5, 6, 7, 8 )  
r ( 1, 2, 3, 4, 5, 6 )  
s  
t (other)  

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes   ☐ No  
Defendant's Attorney: __Tom Wright__   FPD; ✓ Ct. Appt;   Ret Counsel  
AUSA: Mark Morgan  

**MINUTES:**

Interpreter: _____ ; ☐ Sworn  

✓ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ✓ Complaint; ☐ Petition; ☐ Rule 5  
   with: ☐ Ret Counsel; ☐ FPD; ✓ Ct. Appt; ☐ w/o Counsel  

✓ Financial Affidavit received and FPD/CJA appointed; ✓ Present ☐ Not Present  

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:  
   ☐ Verified in open court  
   ☐ Corrected by interlineation to _____  
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.  
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;  

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings  

☐ Bond set for _____; Bond and conditions of release executed  

☐ Government's Motion for Detention and Detention Hearing filed in open court  

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel  

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.  

☐ Arraignment scheduled: _____ at _____ a.m./p.m.  

✓ Detention Hearing scheduled: __4-17-19__ at __2:00__ a.m./**p.m.**  
✓ Preliminary Exam scheduled: __4-17-19__ at __2:00__ a.m./**p.m.**  

✓ Defendant remanded to custody of U.S. Marshal: ☐ Pending further proceeding; ☐ Pending release on bond for treatment  

Mot. for Detention #__7__: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing #__8__: ✓ Granted; ☐ Denied; ☐ Moot  

Additional Minutes: _____