UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

          Plaintiff,

vs.                Case Number: 19-cr-88-JED

Sebastian Cobelo,         Date: 5-21-2019
         Defendant(s).  Court Time: 2:00 p.m.

## MINUTE SHEET - ARRAIGNMENT

Frank H. McCarthy, U.S. Magistrate Judge   T. Calico, Deputy Clerk   C1, Reporter

Counsel for Plaintiff: Mark Morgan
Counsel for Defendant: Thomas Wright, Appt.
Interpreter: _____; [] sworn

Defendant appears in person for Arraignment on: [X] Indictment; [] Information; [] Complaint;
           [✓] with Counsel; [] Counsel waived; [] w/o Counsel;
[✓] Defendant acknowledges receipt of Indictment. Indictment: [] Read; [✓] Reading waived;
[✓] Defendant advised of charge;
Defendant's name as reflected in the Indictment;
  [✓] Verified in open court as the true and correct legal name;
  [] Corrected by interlineation to _____
   to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
  [] Unable to verify in open court as the true and correct legal name: [] U.S. Attorney; [] Deft's Attorney to verify and advise court;

[✓] Arraignment held and Defendant pleads Not Guilty; Court accepts plea [✓] Schedule to be entered;
Defendant waives: [] Indictment; [] Detention Hearing; [] Separate Representation; [] Waivers approved by Court;

[] Arraignment continued to: _____ at _____ a.m./p.m.
[] Detention Hearing scheduled: _____ at _____ a.m./p.m.
[] Defendant allowed to stand on present bond;   [] Government stipulates, findings made
[✓] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____