UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
    Plaintiff,

vs.

Sebastian Cobelo,
    Defendant.

Case Number: 19-CR-88-JED
Date: 12-31-2019
Court Time: 1:00 p.m.
Actual Court Time: 1:05 a.m. to 1:35 a.m.

**MINUTE SHEET - SENTENCING**

Use Signature Block,     L. Lyles, Deputy Clerk     Terri Beeler, Reporter

Counsel for Plaintiff: Mark Morgan
Counsel for Defendant: Thomas Wright, Appt.
Probation Officer: Benjamin Ciranowicz     Interpreter: _____ [] sworn; [x] N/A

- [x] Defendant appears in person with counsel    [] Counsel waived    [] Contested    [x] Uncontested
- [x] Plaintiff & Defendant reviewed PSI:    [] Objs by: [] Pltf [] Deft; [x] No Objs; [x] Court adopts/accepts
- [x] 18:3553 Findings re: PSI/Sentence made;    [x] Findings re: Plea made
- [x] Sentence re: Guideline;    [x] Departure: [] Variance: [] Upward [x] Downward; [x] Findings made
- [x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
- [x] Motion [Dkt. 39, 42]: [x] Granted    [] Motion [Dkt. _____ ]: [] Denied

**SENTENCE: As to Counts 1-4 of the Indictment:**

- [x] Bureau of Prison for a term of  0 mos Cts 1 & 3; 48 months Cts 2 & 4  [x] Concurrent (1-3) [x] Consecutive (2-4) [] Not Imposed
- [] Probation for a term of _____ [] Concurrent [] Consecutive [] Not Eligible
- [x] Supervised Release for a term of  5 years each count 1-4  [x] Concurrent [] Consecutive [] Not Imposed
- [] Fine: $_____ [] With Interest [] Interest Waived [x] Not Imposed
- [] Restitution: $_____ [] With Interest [] Interest Waived [x] Not Applicable
- [x] Special Monetary Assessment: $_____ [] Due Immediately [] As Directed: _____ [] N/A

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:

- [x] Controlled Substances (shall not illegally possess):   [x] Drug Testing   [] Drug Testing Waived
- [x] Firearm, Ammunition, et al. (shall not possess)   [] Special Computer Restriction Conditions
- [x] DNA Sample (cooperate with and submit to collection) [] Special Financial Conditions   [] Restitution Conditions
- [] Alcohol Abstinence Condition   [x] Special Search and Seizure Conditions
- [] Immigration/Naturalization Conditions   [] Special Sex Offender Conditions
- [] Workforce Development Condition   [x] Special Substance Abuse and Testing Conditions
- [x] Mental Health Treatment Conditions   [] To include inpatient treatment
- [] Special Gambling Restriction Conditions   [] To include treatment program for gambling addiction
- [] Community Service Conditions:   For ____ hours to be performed
- [] Community Confinement Conditions:   For ____ months in confinement and allowed to maintain employment
- [] Curfew Condition: [] Home Detention Condition: For ____ months to commence within ____ hours of sentencing/release from imprisonment and to include electronic monitoring at the discretion of the Probation Officer.
Entire cost of the electronic monitoring shall be paid by: [] Prob [] Deft

*********************************************************************************

- [x] Defendant advised of right to appeal
- [] Defendant gives oral notice of appeal
- [] Appeal affidavit required

Court recommends to BOP:
- [x] Designate a facility located near or in: Texarkana Prison Camp
- [x] Residential Drug Abuse Treatment [] Mental/Medical Evaluation
- [] Other: _____

- [] Bond exonerated
- [] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution; [] Findings made
- [] Appeal Bond set: $_____ ([] Cash or [] Surety); [] Findings made
- [] Remaining counts ordered dismissed: _____
- [x] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** The Final Order of Forfeiture of Currency, Firearms, and Ammunition (Doc. 44) is hereby incorporated by reference.